# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:20-MJ-00730-VCF |
| vs. | **ORDER** |
| JESUS MAGANA-ROJAS, | |
| Defendant. | |

Before the Court is Defendant's Motion to Vacate Status Conference (ECF No. 20).

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Vacate Status Conference (ECF No. 20) is GRANTED. The hearing scheduled for July 2, 2021, is VACATED.

IT IS FURTHER ORDERED that the Motion for Status Conference (ECF NO. 17) is DENIED as MOOT.

DATED this 24th day of June, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE