Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>v.<br><br>Jesus Magana-Rojas,<br><br>       Defendant. | Case No.  2:21-cr-193-GMN-BNW<br><br>**First Stipulation to Continue COP/Sentencing Hearing** |

The parties jointly request that this Court vacate the September 8, 2021, fast-track COP/sentencing hearing and continue it for at least 14 days because:

1. This case will be re-assigned due to undersigned counsel's departure from the Federal Public Defender's Office.

2. Additional time is needed to advise Magana-Rojas and to re-negotiate this case in light of Judge Du's recent decision in *U.S. v. Carrillo-Lopez*, 3:20-cr-00026-MMD-WGC (Aug. 18, 2021).

3. The parties will also file a stipulation to continue the preliminary hearing in companion case no. 2:20-mj-00730-VCF, which is currently set for September 21, 2021.

4. Magana-Rojas is in custody and agrees to the continuance.

DATED: September 2, 2021.

| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>United States Attorney |
|---|---|
| By: */s/ Erin Gettel*<br>Erin Gettel<br>Assistant Federal Public Defender | By: */s/ Kimberly Frayn*<br>Kimberly Frayn<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | Case No. 2:21-cr-193-GMN-BNW |
|---|---|
| Plaintiff, | **Order Granting First Stipulation to Continue COP/Sentencing Hearing** |
| v. | |
| Jesus Magana-Rojas, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the COP/Sentencing hearing.

IT IS THEREFORE ORDERED that the hearing currently scheduled for September 8, 2021, at 9:00 a.m., is vacated and continued to September 29, 2021, at 9:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED: September ___3___, 2021.

_____
Gloria M. Navarro
United States District Judge