RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Jesus Magana-Rojas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JESUS MAGANA-ROJAS,<br><br>        Defendant. | Case No. 2:21-cr-00193-GMN-BNW-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Jesus Magana-Rojas, that the Revocation Hearing currently scheduled on February 15, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

      This Stipulation is entered into for the following reasons:

      1.    Defendant has another pending matter, 2:23-mj-00063-VCF, and the parties require more time to negotiate a possible global resolution of both matters.

      2.    The defendant is in custody and agrees with the need for the continuance.

      3.    The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 8th day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ *Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JESUS MAGANA-ROJAS,<br><br>            Defendant. | Case No. 2:21-cr-00193-GMN-BNW-1<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, February 15, 2023 at 9:00 a.m., be vacated and continued to May 16, 2023 at the hour of 10:00 a.m.

  DATED this  8  day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE

3