RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Joy_Chen@fd.org

Attorney for Jesus Magana-Rojas

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00193-GMN-BNW-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| JESUS MAGANA-ROJAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Jesus Magana-Rojas, that the Revocation Hearing currently scheduled on May 16, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel requires additional time to counsel Mr. Magana-Rojas on his legal options, to determine whether this matter can be resolved globally with the pending matter of United States v. Magana-Rojas, 2:23-mj-00063.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 11th day of May, 2023.

RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender               United States Attorney


By /s/ Joy Chen                       By /s/ Kimberly M. Frayn
JOY CHEN                              KIMBERLY M. FRAYN
Assistant Federal Public Defender     Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00193-GMN-BNW-1 |
| Plaintiff, | **ORDER** |
| v. | |
| JESUS MAGANA-ROJAS, | |
| Defendant. | |

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 16, 2023 at 10:00 a.m., be vacated and continued to August 15, 2023 at the hour of 10:00 a.m.

      DATED this 14 day of May, 2023.

_____

UNITED STATES DISTRICT JUDGE