RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Joy_Chen@fd.org

Attorney for Jesus Magana-Rojas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MAGANA-ROJAS,<br><br>Defendant. | Case No. 2:21-cr-00193-GMN-BNW-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Jesus Magana-Rojas, that the Revocation Hearing currently scheduled on August 15, 2023 at 10:00 a.m., be vacated and continued to August 28, 2023 at 2:00 p.m.

This Stipulation is entered into for the following reasons:

1.      The defendant has a related new case before the Honorable Judge Dorsey, USA v. Magana-Rojas, 2:23-cr-00121-JAD-NJK. The parties have reached a global resolution of the instant matter and the related matter.

2.      The defendant is scheduled for change of plea and sentencing on August 28, 2023, at 11:00 AM in the related matter.

3.      To avoid the defendant being transferred twice in one month from the Nevada Southern Detention Center, the parties request that the revocation hearing in the instant matter be continued to August 28, 2023, at 2:00 PM.

4.      The defendant is in custody and agrees with the need for the continuance.

5.      The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 10th day of July, 2023.

RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                         United States Attorney


By /s/ Joy Chen                                 By /s/ Kimberly M. Frayn
JOY CHEN                                       KIMBERLY M. FRAYN
Assistant Federal Public Defender           Assistant United States Attorney

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

JESUS MAGANA-ROJAS,

                Defendant.

Case No. 2:21-cr-00193-GMN-BNW-1

**<u>ORDER</u>**

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, August 15, 2023 at 10:00 a.m., be vacated and continued to August 28, 2023 at the hour of 2:00 p.m.

     DATED this _10_ day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE

3