RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Joy_Chen@fd.org

Attorney for Jesus Magana-Rojas

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MAGANA-ROJAS,<br><br>Defendant. | Case No. 2:21-cr-00193-GMN-BNW-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Jesus Magana-Rojas, that the Revocation Hearing currently scheduled on August 28, 2023 at 2:00 p.m., be vacated and continued to October 3, 2023 at 11:00 a.m.

This Stipulation is entered into for the following reasons:

1. The defendant has a related new case before the Honorable Judge Dorsey, USA v. Magana-Rojas, 2:23-cr-00121-JAD-NJK. The parties have reached a global resolution of the instant matter and the related matter.

2. The defendant is scheduled for change of plea and sentencing on September 14, 2023, at 11:00 AM in the related matter.

3. In view of the global resolution, the parties request that the revocation hearing in the instant matter be continued to a date and time after the September 14 plea and sentencing – specifically, October 3, 2023 at 11:00 AM (or an earlier date if one becomes available).

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 23rd day of August, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00193-GMN-BNW-1 |
| Plaintiff, | **ORDER** |
| v. | |
| JESUS MAGANA-ROJAS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, August 28, 2023 at 2:00 p.m., be vacated and continued to October 3, 2023 at the hour of 11:00 a.m.

DATED this  23  day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE